No. 159.   NEW YORK EX REL. MARK *v.* WARDEN OF THE ATTICA STATE PRISON.   October 13, 1941.   Petition for

writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis*, denied. *Ralph Mark, pro se.*